## MONTEREY PLANK ROAD COMPANY, Appellants, v. CHAUNCEY CHAMBERLAIN, Respondent.

The forcibly and fraudulently passing any toll gate on any turnpike or plank road in this State, is an offense by statute involving a fixed pecuniary sum to the corporation whose franchise has been invaded.

The corporation whose gate is forcibly and fraudulently passed, or whose franchise is invaded, is the corporation injured in the contemplation of the statute.

ACTION for penalty incurred by forcibly passing plank road gate without paying toll.

The plaintiff was nonsuited, on the ground that one Voak was lessee of that portion of the road, and that in the absence of any actual injury to the company, no action could be maintained for the penalty. The judgment was affirmed at General Term.

*John J. Van Allen,* for the appellants.

*George B. Bradley,* for the respondent.

PORTER, J. The same questions are raised by this appeal, which were determined at the last term in the case of the plaintiff against P. Chamberlain. (5 Tiffany, 659.) In accordance with our decision in that case, the judgment of the Supreme Court should be reversed, and a new trial ordered with costs to abide the event.

All the judges concurring,

Judgment reversed.